UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DZUNG TRUONG, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 8:16-cv-01882 DOC (KESx)<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER APPROVING PARTIES' STIPULATED PROTECTIVE ORDER**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT]**<br><br>Complaint Filed:  September 7, 2016 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

C:\Users\mp004389\Documents\Boeing_Truong - (Proposed) Order Granting Parties Stipulated Protective Order.docx

CASE NO. 8:16-cv-01882 DOC (KESx)
(PROPOSED) ORDER

1     Plaintiff Dzung Truong ("Plaintiff") and Defendant The Boeing Company ("Defendant") (collectively referred to herein as the "parties"), hereby stipulate as follows:

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, the Stipulated Protective Order entered into by and between counsel for Plaintiff Dzung Truong ("Plaintiff") and Defendant The Boeing Company ("Defendant") is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff and Defendant shall obey the provisions of the Stipulated Protective Order.

IT IS SO ORDERED.

Dated: January 31, 2017

    */s/ Karen E. Scott*
    Honorable Karen E. Scott
    Magistrate Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

C:\Users\mp004389\Documents\Boeing_Truong - (Proposed) Order Granting Parties Stipulated Protective Order.docx

1

CASE NO. 8:16-cv-01882 DOC (KESx)
(PROPOSED) ORDER